In the Matter of PAUL C. MAGGIO, Doing Business as PATCHOGUE NURSING CENTER, Respondent, v BARBARA A. DEBUONO et al., Respondents.

Submitted November 1, 2004; decided January 13, 2005

Motion to dismiss appeal denied.

In the Matter of TOWN OF RIVERHEAD, Appellant, et al., Petitioner, v NEW YORK STATE BOARD OF REAL PROPERTY SERVICES et al., Respondents.

Submitted December 13, 2004; decided January 13, 2005

Motion by Sheldon Feiner et al. for leave to file a brief amici curiae on the appeal herein granted. Twenty copies of a brief may be filed and three copies served within 10 days.

STATE FARM MUTUAL AUTOMOBILE INSURANCE Co., Appellant, v ROBERT MALLELA et al., Respondents.

Submitted January 10, 2005; decided January 13, 2005

Motion by Meridian Acupuncture Care for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

RICHARD J. TIMONEY, Appellant, v NEWMARK & COMPANY REAL ESTATE, INC., Respondent.

Submitted December 6, 2004; decided January 13, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied the motion to enlarge the record on appeal, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.